Gregory BINION, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62619.

Missouri Court of Appeals,
Western District.

Aug. 31, 2004.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Gregory Binion appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. He claims the motion court clearly erred in denying his motion because he established his trial counsel was ineffective by failing to fully investigate the physical evidence surrounding the crime scene.

Affirmed. Rule 84.16(b).